AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)        Case No.   2:24-cr-00875
See Attachment A to the Affidavit of DEA TFO David )
Barnette Dated August 29, 2024 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please See Attachment A to the Affidavit of DEA TFO David Barnette Dated August 29, 2024.

located in the  __United States__  District of  __South Carolina__  , there is now concealed *(identify the person or describe the property to be seized)*:

Please See Attachment B to the Affidavit of DEA TFO David Barnette Dated August 29, 2024

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | PWID / Distribution Controlled Substances |
| 21 USC 846 | Conspiracy to PWID / Distribute Controlled Substances |

The application is based on these facts:

Please See the Attached Affidavit of DEA TFO David Barnette Dated August 29, 2024

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*David Barnette*
Applicant's signature

David Barnette, DEA Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__   *(specify reliable electronic means)*.

Date:  __08/29/2024__

*Mary Gordon Baker*
Judge's signature

City and state:  Charleston, South Carolina     Mary Gordon Baker, United States Magistrate Judge
Printed name and title